Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Heidi A. Ojeda
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heidi_Ojeda@fd.org

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No. 2:25-cr-00008-RFB-DJA |
|---|---|
| Plaintiff, | **Motion for Appointment of Counsel** |
| v. | |
| Tyree Deangelo Knight, | |
| Defendant. | |

  Tyree Knight moves for the appointment of counsel to assist him with a supervised-release matter before this Court. 18 U.S.C. § 3006A(a)(1)(E) and LCR 44-1. Mr. Knight completed a financial affidavit, which he seeks leave to file under seal because it contains his financial information. As the affidavit shows, Mr. Knight cannot afford to hire an attorney at

/ / /

/ / /

/ / /

1 | this time. He therefore requests that this Court appoint the Office of the Federal Public
2 | Defender and Assistant Federal Public Defender Heidi A. Ojeda to represent him in filing a
3 | motion for early termination of supervised release.

      DATED: May 7, 2025.

                                    Respectfully submitted,
                                    Rene L. Valladares
                                    Federal Public Defender

                        By:  */s/ Heidi A. Ojeda*
                                    Heidi A. Ojeda
                                    Assistant Federal Public Defender

     IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
  Dated May 12, 2025, *nunc pro tunc 5/7/2025*

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 7, 2025, he served an electronic copy of this **Motion for Appointment of Counsel** by electronic service (ECF) to the person named below:

> SIGAL CHATTAH
> United States Attorney
> 501 Las Vegas Blvd. South
> Suite 1100
> Las Vegas, NV 89101

                                    */s/ Jeremy Kip*
                                    Employee of the Federal Public Defender

3